UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 19-CV-22942-BLOOM/Louis

KEITH ICE,

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, KEITH ICE, by and through undersigned counsel, hereby notifies this Honorable Court that all pending claims between Plaintiff and Defendant, have been settled. The parties respectfully request that this Court retain jurisdiction to enforce the terms of settlement, and a notice of dismissal under Federal Rule of Civil Procedure 41 will be submitted upon effectuation of the terms of the settlement.

    Respectfully submitted,

    LIPCON, MARGULIES,
    ALSINA & WINKLEMAN, P.A.
    *Attorneys for Plaintiff*
    2 S. Biscayne Boulevard, Suite 1776
    Miami, Florida 33131
    Telephone No.: (305) 373-3016
    Facsimile No.: (305) 373-6204

By: */s/ Marc E. Weiner*
    **MICHAEL A. WINKLEMAN**
    Florida Bar No. 36719
    mwinkleman@lipcon.com
    **MARC E. WEINER**
    Florida Bar No. 91699
    mweiner@lipcon.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 30, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

By: */s/ Marc E. Weiner*
**MARC E. WEINER**

## SERVICE LIST
*Ice v. Carnival Corporation*
**CASE NO.: 19-cv-22942-BB**

| | |
|---|---|
| **Michael A. Winkleman, Esq.** | **Donnise D. Webb, Esq.** |
| mwinkleman@lipcon.com | Ddesouza@carnival.com |
| **Marc E. Weiner, Esq.** | gnavarro@carnival.com |
| mweiner@lipcon.com | CARNIVAL CORPORATION |
| LIPCON, MARGULIES, | 3655 N.W. 87th Avenue |
| ALSINA & WINKLEMAN, P.A. | Miami, Florida 33178 |
| One Biscayne Tower, Suite 1776 | Direct line: (305) 406-5453 |
| 2 S. Biscayne Boulevard | Dedicated Judge's phone: (305) 406-5399 |
| Miami, Florida 33131 | Asst. Gelsis Navarro (305) 599-2600 x 18024 |
| Telephone: (305) 373-3016 | Tel: (305) 599-2600Legal Services Dept. |
| Facsimile: (305) 373-6204 | Facsimile: (305) 406-4732 |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |